UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| ALBERT PICKARD, individually and on behalf of all other persons similarly situated who were employed by ONSITE FACILITY SERVICES, LLC and/or any other entities affiliated with or controlled by ONSITE FACILITY SERVICES, LLC,<br><br>                                                                Plaintiffs,<br><br>vs.<br><br>ONSITE FACILITY SERVICES, LLC and any other related entities,<br><br>                                                                Defendant. | **NOTICE OF MOTION**<br><br>5:22-cv-207 (AMN/ML) |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Ryan Files, Esq., sworn to on February 6, 2023, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable Judge Anne Nardacci, at the United States District Court for the Northern District of New York at the James. T. Foley U.S. Courthouse at 445 Broadway, Albany, NY 12207, on a return date set by the Court, for preliminary approval of the proposed class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: February 6, 2023

                                                            */s/ Ryan Files*          
                                                            Ryan Files, Esq.
                                                            GATTUSO & CIOTOLI, PLLC
                                                            *Attorneys for Plaintiff Settlement Class*
                                                            7030 E. Genesee Street
                                                            Fayetteville, New York 13066
                                                            (315) 314-8000
                                                            rfiles@gclawoffice.com