UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| ALBERT PICKARD, individually and on behalf of all other persons similarly situated who were employed by ONSITE FACILITY SERVICES, LLC and/or any other entities affiliated with or controlled by ONSITE FACILITY SERVICES, LLC, | CIVIL ACTION CASE NO: 5:22-cv-207 (AMN/ML) |
| Plaintiffs, | |
| vs. | **NOTICE OF MOTION** |
| ONSITE FACILITY SERVICES, LLC and any other related entities, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Ryan G. Files, sworn to on September 25, 2023, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable Magistrate Judge Anne M. Nardacci, at the United States Courthouse for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Courtroom No. 6, 1st Floor, Albany, NY, on a return date set by the Court, for final approval of the class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: September 25, 2023

/s/ Ryan G. Files
Ryan G. Files, Esq.
GATTUSO & CIOTOLI, PLLC
The White House
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
rfiles@gclawoffice.com
*Attorneys for Plaintiff Settlement Class*